Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>BERRY & BERRY, INC., et al.,<br><br>    Defendants. | No.  1:15-cv-00117-JAM-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Berry & Berry, Inc., Sahib Singh Aulakh dba Madera U Save Liquor & Deli, and Dilbag Singh dba Madera U Save Liquor & Deli, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: July 31, 2015                                MOORE LAW FIRM, P.C.


                                                                */s/ Tanya E. Moore*
                                                                Tanya E. Moore
                                                                Attorney for Plaintiff
                                                                Ronald Moore

Date: July 31, 2015                                   WANGER JONES HELSLEY PC


                                                      */s/ Michael S. Helsley*
                                                      Michael S. Helsley
                                                      Attorneys for Defendant,
                                                      Berry & Berry, Inc.

Date: August 18, 2015                                 LAW OFFICE OF KEVIN SCHWIN


                                                      */s/ Kevin Schwin*
                                                      Kevin Schwin
                                                      Attorney for Defendants,
                                                      Sahib Singh Aulakh dba Madera U Save Liquor &
                                                      Deli; Dilbag Singh dba Madera U Save Liquor &
                                                      Deli

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.


**IT IS SO ORDERED**.


Dated: 8/19/2015                          /s/ John A. Mendez_____
                                          United States District Court Judge